ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | | |
|---|---|---|
| Franklin A. Rothman<br>Jeremy Schneider<br>Robert A. Soloway<br>David Stern<br>———————<br>Rachel Perillo | *The parties' joint request is granted. The status conference on Defendant Fabian Morrison's Violations of Supervised Release in Nos. 15 Cr. 47, 15 Cr. 95 currently scheduled for June 14, 2022, at 2:00 p.m. is adjourned to June 29, 2022, at 4:00 p.m. The status conference will be held in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.* | Tel: (212) 571-5500<br>Fax: (212) 571-5507 |

June 13, 2022

**BY ECF & EMAIL**
Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

Date:   June 13, 2022
          New York, New York

_____
JOHN P. CRONAN
United States District Judge

    Re:   United States v. Fabian Morrison
        15 Cr. 47 (JPC)

Dear Judge Cronan:

  I am the attorney for Fabian Morrison, the defendant in the above-named matter. A status conference on a Violation of Supervised Release is scheduled for tomorrow, June 14, 2022 at 2:00 p.m. This letter is jointly submitted by the defendant and the government, by AUSA Thomas McKay, to respectfully request an adjournment of tomorrow's status conference to June 29, 2022 at 4:00 p.m., a date and time that I understand is convenient for the Court. The parties have agreed to postpone the status conference while the United States Probation Office is awaiting the receipt of additional information about the circumstances surrounding Mr. Morrison's arrest.

  If the Court has any questions regarding this application please do not hesitate to contact me.

  The Court's time and attention to this matter is appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

cc:  Thomas McKay (by ECF & Email)
    *Assistant United States Attorney*